DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCO CONTRACTORS INC.** and **OLD REPUBLIC SURETY COMPANY,**
Appellants,

v.

**A. FALERO DISTRIBUTORS, INC., MASTER EXCAVATORS, INC., BLUE SKY HOLDINGS, INC., BLUE SKY CSM 9300 LLC,** and **CUMBERLAND FARMS INC.,**
Appellees.

No. 4D19-3849

[May 21, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 18-027159 (03).

Michael R. Holt of Rumberger, Kirk & Caldwell, P.A., Miami, for appellants.

Keith J. Merrill of Keith J. Merrill, P.A., Miami for Appellee A. Falero Distributors, Inc.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***